## Commonwealth *v.* DuBose, Appellant.

Submitted June 9, 1975. *John W. Packel,* Assistant Defender, and *Benjamin Lerner,* Defender, for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.